# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Crim. No. 1:22-CR-426 |
| SCOTT E. BOONE, DANIEL E. MCGUIRE, THOMAS E. LAUER, and REBECCA J. DAVIS, | : Judge Jennifer P. Wilson |
| Defendants. | : |

## AMENDED DATE CERTAIN TRIAL SCHEDULING ORDER

**AND NOW**, this 6th day of November, 2023, upon consideration of the Joint Motion to Continue and Modify Date Certain Scheduling Order, Doc. 65, noting the Government's concurrence, **IT IS ORDERED THAT** Defendant's Motion is **GRANTED**. Pretrial Motions shall be filed by **February 12, 2024**. Jury selection and trial in the above-captioned action are **CONTINUED** to **September 16, 2024, at 9:30 a.m.**

The Court specifically finds that the ends of justice served by granting a continuance in this matter outweigh the interests of the public and Defendants in a speedy trial. It has been represented to the Court that additional time is required for review of discovery, case evaluation, preparation of pretrial motions, and preparation for trial. The Clerk of Court shall exclude the time from May 6, 2024

to September 16, 2024 in the above-captioned action pursuant to the Speedy Trial Act and this Order.

In addition, the Court orders that the Case Management dates and deadlines in the prior Date Certain Scheduling Order, Doc. 55, shall be modified as follows:

### DISCOVERY AND PRETRIAL MOTIONS:

| | |
|---|---|
| **Pretrial motions due by:** | February 12, 2024 |
| **Responses:** | March 22, 2024 |
| **Replies:** | April 19, 2024 |
| **Hearing on pretrial motions (if necessary):** | May 3, 2024, at 9:30 a.m. |
| ***Jencks*** **disclosures completed by:** | June 28, 2024 |

### TRIAL PREPARATION

| | |
|---|---|
| **Expert witness disclosures due by:** | May 20, 2024 |
| **Responsive expert witnesses due by:** | June 10, 2024 |
| **Motions in Limine due by:** | July 1, 2024 |
| **Responses:** | July 15, 2024 |
| **Replies:** | July 22, 2024 |
| **Proposed Voir Dire Due By:** | August 5, 2024 |
| **Proposed Jury Instructions Due By:** | August 15, 2024 |
| **Pre-Marked Exhibits/Exhibit Lists Due By:** | September 5, 2024 |
| **Joint Voir Dire Statement Due By:** | September 9, 2024 |
| **Electronic Exhibits Submitted for JERS:** | September 12, 2024 |

<u>TRIAL:</u>

| **Pre-trial conference:** | September 13, 2024, at 9:30 a.m. |
|---|---|
| **Trial:** | September 16, 2024 through October 4, 2024 |

If a party wishes to modify a date in this Order or submit a motion or filing after a deadline, it must confer with opposing counsel and submit a Motion showing good cause.

                                                  s/ Jennifer P. Wilson
                                                  JENNIFER P. WILSON
                                                  United States District Judge
                                                  Middle District of Pennsylvania