## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:22-CR-00426 |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| SCOTT E. BOONE, *et al.*, | : | Judge Jennifer P. Wilson |

### DATE CERTAIN TRIAL SCHEDULING ORDER[1]

**AND NOW**, on this 22nd day of January, 2026, **IT IS ORDERED AS FOLLOWS**:

1.    **Trial List.**  Jury selection and trial in the above case scheduled for March 2, 2026, are **CONTINUED** to **October 13, 2026**.  This is a trial date certain.  The court will reserve five weeks for trial and counsel of record are attached for the entire trial.  Jury selection will commence at 9:30 a.m. on the above date, in a Courtroom No. 8A, Eighth Floor, Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania.  Trial will commence immediately following the completion of jury selection.  The court specifically finds that under 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting a continuance in this matter outweigh the interests of the public and Defendant in a speedy trial.

---

[1] The specific rules pertaining to pretrial and trial practice and deadlines are detailed in the Criminal Practice and Scheduling Order, Doc. 206

The Clerk of Court shall exclude the appropriate time in the above-captioned action pursuant to the Speedy Trial Act and this order.

2.    **Expert Disclosure.** The Government shall make the required disclosures regarding expert testimony pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) by no later than **six weeks prior to the motion in limine deadline** (*see* paragraph 3).  Defendant shall make the required disclosures regarding expert testimony pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C) by no later than **two weeks prior to the motion in limine deadline** (*see* paragraph 3).

3.    **Motions in Limine and Supporting Briefs.**  Motions in limine and supporting briefs shall be filed on or before **August 17, 2026**.

4.    **Proposed Voir Dire Questions.**  Proposed voir dire questions shall be filed via CM/ECF on or before **September 14, 2026**.

5.    **Joint Voir Dire Statement**. On or before, **September 14, 2026**, the parties shall jointly file via CM/ECF a brief statement describing the case, which will be read by the court to the prospective jurors during voir dire. In most cases, this statement should not exceed one paragraph.

6.    **Proposed Jury Instructions.** Each party shall file proposed jury instructions via CM/ECF on or before **September 14, 2026**.

7.    **Proposed Verdict Forms.**  Each party shall file a proposed verdict form via CM/ECF on or before **September 14, 2026**.

**8.**      **Exhibits.**  Each party shall file their exhibit list (but not exhibits) via CM/ECF on or before **September 14, 2026**.

**9.**      **Final Pretrial Conference**. A final pretrial conference will be held for counsel only on **October 9, 2026, at 9:30 a.m.**, in Courtroom No. 8A, Eighth Floor, Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
