**U.S. DEPARTMENT OF JUSTICE**

*Brian D. Miller*
*United States Attorney*
*Middle District of Pennsylvania*

*Website: www.justice.gov/usao/pam/*

*William J. Nealon Federal Building*
*235 N. Washington Avenue, Suite 311*
*P.O. Box 309*
*Scranton, PA 18503-0309*
*(570) 348-2800*
*FAX (570) 348-2037/348-2830*

*Sylvia H. Rambo U.S. Courthouse*
*1501 N. 6th Street*
*Box 202*
*Harrisburg, PA 17102*
*(717) 221-4482*
*FAX (717) 221-4493/221-2246*

*Herman T. Schneebeli Federal Building*
*240 West Third Street, Suite 316*
*Williamsport, PA 17701-6465*
*(570) 326-1935*
*FAX (570) 326-7916*

May 20, 2026

Hon. Jennifer P. Wilson
United States District Court
Middle District of Pennsylvania
Harrisburg, Pennsylvania

*Via ECF*

Re: Simmons Motion in United States v. Scott Boone, et al., 1:22-CR-00426

Dear Judge Wilson,

The United States and Defendant, Daniel E. McGuire, have reached an agreement regarding the pending motion for use (*Simmons*) immunity, Doc. 294. Moreover, the parties intend to fully update the Court about their agreement soon.

Sincerely,

BRIAN D. MILLER
United States Attorney

BY: /s/ K. Wesley Mishoe
K. WESLEY MISHOE
Assistant United States Attorney
1501 N. 6th Street, Box 202
Harrisburg, Pennsylvania 17102
(717) 614-4909

cc: Defense counsel (via ECF)